**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 08-7102**

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

JOSE LUIS ACEVEDO, a/k/a Louie, a/k/a Pedro Pineyro,

             Defendant - Appellant.

Appeal from the United States District Court for the Eastern
District of Virginia, at Alexandria.  James C. Cacheris, Senior
District Judge.  (1:92-cr-00427-JCC-1)

Submitted:  September 16, 2008      Decided:  September 24, 2008

Before MOTZ, TRAXLER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jose Luis Acevedo, Appellant Pro Se.  Benjamin L. Hatch, Assistant
United States Attorney, Alexandria, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jose Luis Acevedo appeals the district court's order denying his motion filed pursuant to 18 U.S.C.A. § 3582(c) (West 2000 & Supp. 2008). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. <u>United States v. Acevedo</u>, No. 1:92-cr-00427-JCC-1 (E.D. Va. June 6, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>